Case 1:20-cv-00498-PLM-SJB   ECF No. 2,   PageID.14   Filed 06/03/20   Page 1 of 1

WDMI Corporate Disclosure Statement pursuant to Fed. R. Civ. P. 7.1 or Fed. R. Crim. P. 12.4  (4/06)

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

Air Lift Company

        Plaintiff(s),        Case No. 1:20-cv-498

v.

Grand Trunk Western Railroad Com[pany]

        Defendant(s).

_____/

## DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to Federal Rule of Civil Procedure 7.1, _____Air Lift Company_____
(Party Name)

makes the following disclosure:

1. Is party a publicly held corporation or other publicly held entity? ☐ Yes ☑ No

2. Does party have any parent corporations? ☐ Yes ☑ No
   If yes, identify all parent corporations, including grandparent and great-grandparent corporations:

3. Is 10% or more of the stock of party owned by a publicly held corporation or other publicly held entity? ☐ Yes ☑ No
   If yes, identify all such owners:

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation? ☐ Yes ☑ No
   If yes, identify entity and nature of interest:

Date: _____June 3, 2020_____        _____s/Scott M. Watson_____
(Signature)

Scott M. Watson
WARNER NORCROSS + JUDD LLP
1500 Warner Building
150 Ottawa Ave NW
Grand Rapids, Michigan 49503-2487
Attorney for Plaintiff